IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

KEVIN DEVON MCCORMICK,         )
                               )
        Plaintiff,             )
                               )
    v.                         )    1:09CV907
                               )
CHRISTOPHER B. SHELLA, et al., )
                               )
        Defendant(s).          )

**JUDGMENT**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on February 2, 2010, served on the parties in this action. No objections were filed within the time limits prescribed by § 636.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's complaint [Doc. 2] is hereby **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for being frivolous or malicious or for failing to state a claim upon which relief may be granted.

_____
United States District Judge

April 5, 2010